UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARLO WASHINGTON,

    Plaintiff,

v.                                          Case No. 3:24cv453-LC-HTC

C. ANDREWS,
R. HILL,
ADAMS,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on October 25, 2024, (ECF No. 6), recommending dismissal based on Plaintiff being a three-striker under 28 U.S.C. § 1915(g). Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE because Plaintiff

is a three-striker under 28 U.S.C. § 1915(g).

    3.    The clerk is directed to close the file.

**DONE AND ORDERED** this 4th day of December, 2024.

        *s/L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**